UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHEN, | No. 2:14-cv-2244 AC P |
| Plaintiff, | |
| v. | ORDER |
| CORRECTIONS CORPORATION OF AMERICA, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with an Application To Proceed In Forma Pauperis By a Prisoner ("Application"), pursuant to 28 U.S.C. § 1915. However, the certificate portion of the Application, which must be completed by plaintiff's institution of incarceration, has not been filled out. Also, plaintiff has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a completed in forma pauperis Application and a certified copy of his trust account.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's Application To Proceed In Forma Pauperis (ECF No.3), is DENIED without prejudice;

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

1

Forma Pauperis By a Prisoner;

    3. Plaintiff shall submit, within thirty days from the date of this order, a completed in forma pauperis Application on the form provided by the Clerk of the Court; and

    4. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint.

Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: September 30, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE