UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHEN, | No. 2:14-cv-2244 AC P |
| Plaintiff, | |
| v. | ORDER |
| CORRECTIONS CORPORATION OF AMERICA, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se with a civil rights action, and who has filed an application to proceed in forma pauperis, has requested appointment of counsel.

District courts may not <u>require</u> counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989).  However, where willing counsel is available, the district court "may request an attorney to represent any person unable to afford counsel." 28 U.S.C. § 1915(e)(1)**;** <u>Agyeman v. Corrections Corp. of America</u>, 390 F.3d 1101, 1103 (9th Cir. 2004), <u>cert. denied</u>, 545 U.S. 1128 (2005).

The district court may appoint such counsel where "exceptional circumstances" exist. <u>Palmer v. Valdez</u>, 560 F.3d 965, 970 (9th Cir. 2009), <u>cert. denied</u>, 559 U.S. 906 (2010) (citing <u>Agyeman</u>, 390 F.3d at 1103).  In determining whether or not exceptional circumstances exist, "a court must consider 'the likelihood of success on the merits as well as the ability of the petitioner to articulate his claims pro se in light of the complexity of the legal issues involved.'" <u>Palmer</u>,

1

1 | 560 F.3d at 970 (quoting <u>Weygandt v. Look</u>, 718 F.2d 952, 954 (9th Cir. 1983)).  Circumstances
2 | common to most prisoners, such as lack of legal education and limited law library access, do not
3 | establish exceptional circumstances that would warrant a request for voluntary assistance of
4 | counsel.  <u>See, e.g.</u>, <u>Guess v. Lopez</u>, 2014 WL 1883875 at *5 (E.D. Cal. 2014) (Claire, M.J.).  The
5 | court does not find exceptional circumstances in this case, at this time.
6 |         Accordingly, IT IS HEREBY ORDERED that plaintiff's September 26, 2014 for the
7 | appointment of counsel (ECF No. 2) is DENIED.
8 | DATED: October 1, 2014

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE