UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>　　　　　Defendants. | No. 2:14-cv-2244 AC P<br><br><br>ORDER |

Plaintiff is a California state prisoner proceeding pro se and in forma pauperis with this civil rights action filed pursuant to 42 U.S.C. § 1983.

On July 26, 2017, this court directed the United States Marshal to serve plaintiff's First Amended Complaint (FAC) on defendants at the Tallahatchie County Correctional Facility (TCCF), in Tutwiler, Mississippi, plaintiff's prior place of incarceration. Defendants are Mays (TCCF Head of Maintenance), Moore (Case Manager), Phillips (TCCF former Warden, in both his official and individual capacity) and Frink (current TCCF Warden). The corrections program at TCCF is operated by the Corrections Corporation of America (CCA), a private corporation. Plaintiff was placed at TCCF under the authority of the California Department of Corrections and Rehabilitation (CDCR), through its California Out-of-State Correctional Facility (COCF) program.

1

On August 22, 2017, process directed to defendants Mays and Phillips at TCCF were returned unserved because neither defendant continues to work at the facility. <u>See</u> ECF Nos. 19, 20. Apparently, although not yet certain, defendants Moore and Frink were successfully served.

Normally, at this juncture, plaintiff would be tasked with providing additional information to serve defendants Phillips and Mays. However, in light of the complexities involved in obtaining such information in the circumstances of this case, the court will direct CDCR/COCF to undertake this task in the first instance.

Accordingly, IT IS HEREBY ORDERED that:

1. Within 45 days after the filing date of this order, a representative for CDCR shall file with the court, and serve on plaintiff, a statement containing the current service information for defendants Phillips and Mays, or an explanation why such information is not available and the tasks undertaken in an effort to obtain the information.

2. The Clerk of Court is directed to serve a copy of this order on the Office of the California Attorney General, Attention: Tami M. Krensin, Supervising Deputy Attorney General.

SO ORDERED.

DATED: August 29, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE